**Patrick H. OGUMA, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2012–3053.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

Russell J. Upton, Department of Justice, Washington, DC, for Respondent.

Patrick H. Oguma, Keaau, HI, pro se.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**David Joseph WOODS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2012–3058.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

Charles Grant Byrd, Jr., Alston & Byrd LLP, Baltimore, MD, for Petitioner.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.